No. 85–6364.   IN RE MAY.   Petition for writ of mandamus and/or prohibition denied.

No. 85–1122.   BEHREND ET AL. *v.* GODWIN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–1234.   BENAVIDES, WEBB COUNTY JUDGE, ET AL. *v.* GONZALEZ.   C. A. 5th Cir.   Certiorari denied.

No. 85–1318.   ADAMICK ET AL. *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1413.   MARCANTONIO *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–1464.   NEWKIRK ET AL. *v.* BIGARD, INDIVIDUALLY AND DBA B & B OIL CO., ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 85–1465.   MARYLAND STATE TEACHERS ASSN., INC., ET AL. *v.* HUGHES, GOVERNOR OF MARYLAND, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1468.   WOODS *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (JONES, REAL PARTY IN INTEREST).   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–1469.   MASSACHUSETTS DEPARTMENT OF EDUCATION ET AL. *v.* DAVID D.   C. A. 1st Cir.   Certiorari denied.

No. 85–1482.   TILKENS, PERSONAL REPRESENTATIVE OF THE ESTATE OF JONES *v.* PARKS.   Ct. App. Okla.   Certiorari denied.

No. 85–1492.   BORG-WARNER LEASING, A DIVISION OF BORG-WARNER ACCEPTANCE CORP. *v.* DOYLE ELECTRIC CO., INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–1496.   ALPERSTEIN ET AL. *v.* THREE LAKES WATER AND SANITATION DISTRICT.   Ct. App. Colo.   Certiorari denied.